RITA ROZADA v. TILLIE TAUBER, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

EDWARD O'NEIL, as Administrator, etc., of MICHAEL E. O'NEIL, Deceased, v. THE UNITED ELECTRIC LIGHT AND POWER COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal upon defendant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

LUCIUS WILMERDING, JR., v. FIORELLO H. LAGUARDIA, as Mayor, etc., and Others.— Motion for leave to appeal to the Court of Appeals and to resettle order entered February 23, 1934, denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of the Application of JULIUS FINE to Fix and Determine His Compensation and Fee as Attorney for the Executors of the Estate of JOSEPH SPEKTORSKY, Deceased. LOUIS SPENCER and Others, as Executors, etc., Appellants.— Motion for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

THOMAS GIANNETTINO v. THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals granted. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ. [See ante, p. 669.]

DAVID KEUSCH v. JAMES MORRISON and UNITED IRVING CORPORATION.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Finch, P. J., Merrell, Townley and Glennon, JJ. [See 240 App, Div. 112].

THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES v. CARRIE SOLOMON and Others, Impleaded with WINTER LEASING CORPORATION — JOHN J. CAVANAGH, Receiver.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ. [See 240 App. Div. 255.]

In the Matter of LAZAR DWORKIN, an Attorney.— Reference ordered. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of NICK I. GORDON (Also Known as I. NICHOLAS GORDON, NICK ISADORE GORDON and I. NICK GORDON), an Attorney.— Reference ordered. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

LOUIS GOLD, Respondent, v. JACOB H. BOSKY, Also Known as JACK BOSKY, and Others, Defendants, Impleaded with POCKET BRASSIERE Co., INC., Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.